# UNITED STATES BANKRUPTCY COURT
Northern District of California (Santa Rosa)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/26/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Samuel Lopez–Arango<br>1005 Aspen Wy<br>Petaluma, CA 94954 | Elaina Parra<br>1005 Aspen Wy<br>Petaluma, CA 94954 |
| Case Number:<br>10–13256 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx–xx–5741<br>xxx–xx–8011 |
| Attorney for Debtor(s) (name and address):<br>Evan Livingstone<br>Law Offices of Evan Livingstone<br>740 Fourth St #215<br>Santa Rosa, CA 95404<br>Telephone number: (707) 206-6570 | Bankruptcy Trustee (name and address):<br>Timothy W. Hoffman<br>P.O. Box 1761<br>Sebastopol, CA 95473<br>Telephone number: (707) 823–2066<br>Email: twh1761@sbcglobal.net |

### Meeting of Creditors

Date: **October 6, 2010**         Time: **09:00 AM**
Location: **Office of the U.S. Trustee, 777 Sonoma Ave. #116, Santa Rosa, CA 95404**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 12/6/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>99 South "E" Street<br>Santa Rosa, CA 95404<br>Telephone number: 707–547–5900 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 8/30/10 |

# EXPLANATIONS                              FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0971-1          User: kandersen           Page 1 of 1              Date Rcvd: Aug 30, 2010
Case: 10-13256                Form ID: B9A              Total Noticed: 30
```

The following entities were noticed by first class mail on Sep 01, 2010.
```
db/jdb      +Samuel Lopez-Arango,    Elaina Parra,    1005 Aspen Wy,    Petaluma, CA 94954-5402
aty         +Evan Livingstone,    Law Offices of Evan Livingstone,    740 Fourth St #215,
              Santa Rosa, CA 95404-4421
smg          CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA  94280-0001
ust         +Office of the U.S. Trustee / SR,    235 Pine Street,    Suite 700,    San Francisco, CA 94104-2736
11206987    +Aspire,    Pob 105555,    Atlanta, GA 30348-5555
11206988    +Cach, Llc (Original Creditor:Ge Mon,    370 17th Street, Suite 5000,    Denver, CO 80202-5690
11206990    +Ccs/First National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
11206991     City of Petaluma,    PO Box 6011,    Petaluma, CA 94953-6011
11206992     Deborah Harvego,    Neuheisel Law Firm, PC,    2233 Watt Ave, Ste 245,    San Francisco, CA 94102
11206994    +ETS Services, LLC,    2255 North Ontario St, Ste 400,    Burbank, CA 91504-3190
11206993    +Eaf Llc (Original Creditor:08 Provi,    1120 West  Lake Co Suite B,    Buffalo Grove, IL 60089-1970
11206998    +Hilco Receivables LLC Equable Ascent Fn,    c/o Patenaude & Felix, A.P.C.,
              4545 Murphy Canyon Rd, 3rd Fl,    San Diego, CA 92123-4363
11206999    +Lvnv Funding Llc (Original Creditor,    Po Box 740281,    Houston, TX 77274-0281
11207001    +MCM Dept. 12421,    PO Box 603,    Oaks, PA 19456-0603
11207000     Macysdsnb,    911 Duke Blvd,    Mason, OH 45040
11207002    +Metabnk/Fhut,    6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
11207004    +National Recovery Agen (Original Cr,    2491 Paxton St,    Harrisburg, PA 17111-1036
11207005    +Nco Fin/22 (Original Creditor:Nco/A,    507 Prudential Rd,    Horsham, PA 19044-2308
11207006    +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
11207007    +Sacramento County Sheriff,    Civil Division,    3341 Power Inn Rd, Rm 313,
              Sacramento, CA 95826-3835
11207009     Visadsnb,    911 Duke Blvd,    Mason, OH 45040
11207010    +Wachovia,    794 Davis Ct,    San Leandro, CA 94577-6922
```

The following entities were noticed by electronic transmission on Aug 31, 2010.
```
tr          +EDI: BTWHOFFMAN.COM Aug 30 2010 21:28:00      Timothy W. Hoffman,    P.O. Box 1761,
              Sebastopol, CA 95473-1761
smg          EDI: CALTAX.COM Aug 30 2010 21:28:00      Franchise Tax Board,    Bankruptcy Group,    P.O. Box 2952,
              Sacramento, CA  95812-2952
11206989    +EDI: CAPITALONE.COM Aug 30 2010 21:28:00      Cap One,    Po Box 85520,    Richmond, VA 23285-5520
11206997     EDI: CALTAX.COM Aug 30 2010 21:28:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
              PO Box 2952,    Sacramento, CA 95812-2952
11206995     E-mail/Text: data_processing@fin-rec.com
              Financial Recovery Services, Inc,    PO Box 385908,    Minneapolis, MN 55438-5908
11206996    +EDI: AMINFOFP.COM Aug 30 2010 21:28:00      First Premier Bank,    601 S Minnesota Ave,
              Sioux Falls, SD 57104-4868
11207003    +EDI: MID8.COM Aug 30 2010 21:28:00      Midland Credit Mgmt (Original Credi,    8875 Aero Dr,
              San Diego, CA 92123-2251
11207008     EDI: AISTMBL.COM Aug 30 2010 21:23:00      T-Mobile,    PO Box 51843,    Los Angeles, CA 90051-6143
                                                                                               TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2010                        Signature: *Joseph Speetjens*